UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABIO BUCIO AGUILAR,<br><br>       Plaintiff,<br><br>    v.<br><br>NISSAN NORTH AMERICA, INC.,<br><br>       Defendant. | Case No.  25-cv-03835-WHO<br><br>**ORDER GRANTING CONDITIONAL DISMISSAL** |

The parties have advised that they have reached a settlement agreement.  *See* Dkt. No. 23. Accordingly, this case is DISMISSED WITH PREJUDICE and any dates and hearings are VACATED; provided that, if any party certifies to this Court, with proper notice to opposing counsel within sixty (60) days from the date below, that settlement has not in fact occurred, this order shall be vacated and this cause shall be restored to the calendar for further proceedings.

      **IT IS SO ORDERED.**

Dated: April 15, 2026



William H. Orrick
United States District Judge